■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL E. KELLEY, Appellant. [827 NYS2d 909]—Appeal from an order of the Monroe County Court (Frank P. Geraci, Jr., J.), entered June 22, 2005. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at County Court. Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ. [*See* 8 Misc 3d 1010(A), 2005 NY Slip Op 51013(U) (2005).]

■ In the Matter of MATTHEW C., Appellant. MONROE COUNTY ATTORNEY, Respondent. [827 NYS2d 910]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered December 6, 2005 in a proceeding pursuant to Family Court Act article 3. The order placed respondent for a period of 12 months in the custody of the Monroe County Department of Human Services for placement at Mountain Lake.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Justice T.*, 305 AD2d 1076, 1077 [2003], *lv denied* 100 NY2d 512 [2003]; *Matter of Kale F.*, 269 AD2d 832 [2000]). Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.